IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| VILLAGE TOWNHOMES, d/b/a the Retreat at Foxfield,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLIED WORLD SURPLUS LINES INS. CO.,<br><br>　　　　Defendant. | Case No. 23-2369-JAR-BGS |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation filed on September 26, 2023 (Doc. 13).  Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Brooks G. Severson, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED BY THE COURT** that in accordance with the September 26, 2023 Report and Recommendation (Doc. 13), the case is **REMANDED** to state court for failure to establish the existence of diversity jurisdiction.

**IT IS SO ORDERED.**

Dated: October 19, 2023

　　　　　　　　　　　　　　　　　　　　　　S/ Julie A. Robinson
　　　　　　　　　　　　　　　　　　　　　　JULIE A. ROBINSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1